# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### 450 GOLDEN GATE AVENUE
### SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

February 28, 2008

To:   Eric K. Ferraro
      Jeffrey T. Drake
      Micah R. Jacobs
      Jacobs & Ferraro, LLP
      One Embarcadero Center, Suite 1200
      San Francisco, CA 94111


      Re: Independent Recording Industry Services, Inc. v. Don Lichterman, et al.
          C08-0370 BZ

Dear Counsel:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for May 5, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

                                    Sincerely,

                                    Richard W. Wieking, Clerk
                                    United States District Court

                                    /s/ Lashanda Scott
                              By:   Lashanda Scott
                                    Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd