Micah R. Jacobs, SBN 174630
Eric K. Ferraro, SBN 172699
Jeffrey T. Drake, SBN 218436
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Independent Recording Industry Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INDEPENDENT RECORDING INDUSTRY SERVICES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DON LICHTERMAN; SUNSET RECORDS, INC.; SUNSET HOLDING CO., LLC; and SUNSET RECORDS GROUP,<br><br>Defendants. | Case No.: C-08-0370<br><br>**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** |

PLEASE TAKE NOTICE, that effective April 1, 2008, the Plaintiff INDEPENDENT RECORDING INDUSTRY SERVICES, INC., previously represented by Micah R. Jacobs, Eric K. Ferraro, and Jeffrey T. Drake of Jacobs & Ferraro, LLP, will be represented by:

Micah R. Jacobs
Eric K. Ferraro
Jeffrey T. Drake
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108-2823
Telephone: (415) 352-2700
Facsimile: (415) 352-2701

FURTHER, the law firm of Jacobs & Ferraro, LLP is no longer associated with this matter and should no longer receive notices.

– 1 –

1  DATED: May 5, 2008

2                                          BULLIVANT HOUSER BAILEY PC

3

4  By /s/ Jeffrey T. Drake
   Jeffrey T. Drake
5
   Attorneys for Independent Recording Industry
6  Services, Inc.

7  10548894.1