Micah R. Jacobs, SBN 174630
Eric K. Ferraro, SBN 172699
Jeffrey T. Drake, SBN 218436
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Independent Recording Industry Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INDEPENDENT RECORDING INDUSTRY SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DON LICHTERMAN; SUNSET RECORDS, INC.; SUNSET HOLDING CO., LLC; and SUNSET RECORDS GROUP, <br><br> Defendants. | Case No.: C-08-0370 <br><br> **MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON** |

Plaintiffs hereby request that this Court continue the Case Management Conference currently set for May 5, 2008 at 4:00 p.m. for approximately sixty days, to July 7, 2008 at 4:00 p.m. on the following grounds.

On January 18, 2008 Plaintiff filed its Complaint For Defamation, Interference with Contract, Interference with Prospective Economic Advantage, and Civil Conspiracy (the "Complaint") seeking damages and preliminary and permanent injunctions requiring Defendants to cease their continued acts of defamation and interference.

The Complaint was served on Defendant by certified mail on January 18, 2008. Defendants' Answer was due on February 14, 2008. Defendants failed to file an Answer or any responsive pleading. Although Plaintiff has been in contact with Defendant Lichterman, who is

1  believed to be a principal for the other Defendants, efforts to resolve the dispute have not yet
2  been fruitful.
3      Since filing the complaint, Plaintiff's counsel has merged with another firm and,
4  unfortunately, the integration of calendars apparently did not include the case management
5  deadlines for this case. We apologize for this oversight.
6      Plaintiff intends to file with this Court a request for entry of default against all
7  defendants and Plaintiff seeks a continuance of the case management conference for sixty days
8  in order to file the request. If the Court continues the case management conference, Plaintiff
9  will either (1) file the request for entry of default, (2) obtain Defendants' answers, or (3) dismiss
10 the case before the date of the continued case management conference. Unless the case has
11 been dismissed, Plaintiff will file a Case Management Statement at least seven days before the
12 continued case management conference.
13     Based on the above, Plaintiff respectfully requests that this Court continue the Case
14 Management Conference for sixty days, until July 7, 2008 at 4:00 p.m.

DATED: May 5, 2008

BULLIVANT HOUSER BAILEY PC

By /s/ Jeffrey T. Drake
   Jeffrey T. Drake

Attorneys for Independent Recording Industry Services, Inc.

10548870.1

-2-

**CASE MANAGEMENT ORDER**

The Court having read Plaintiffs' Motion to Continue Case Management Conference and good cause appearing therefore:

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for May 5, 2008 at 4:00 p.m. be continued to July 7, 2008 at 4:00 p.m., Courtroom G, 15th floor, San Francisco, California.

DATED: May _5_, 2008

By _____
HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

