1  Micah R. Jacobs, SBN 174630
   Eric K. Ferraro, SBN 172699
2  Jeffrey T. Drake, SBN 218436
   Bullivant Houser Bailey PC
3  601 California Street, Suite 1800
   San Francisco, California 94108
4  Telephone: 415.352.2700
   Facsimile: 415.352.2701
5
   Attorneys for Independent Recording Industry
6  Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| INDEPENDENT RECORDING INDUSTRY SERVICES, INC., | Case No.: C-08-0370 |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. PROC. 41(a)(1)(A)(i)** |
| vs. | |
| DON LICHTERMAN; SUNSET RECORDS, INC.; SUNSET HOLDING CO., LLC; and SUNSET RECORDS GROUP, | |
| Defendants. | |

– 1 –

1  NOTICE IS HEREBY GIVEN that plaintiff Independent Recording Industry Services,
2  Inc. ("IRIS"), is dismissing its action (Case No.: c-08-cv-0370, Judge Bernard Zimmerman
3  presiding) in its entirety against defendants Don Lichterman, Sunset Records, Inc., Sunset
4  Holding Co., and Sunset Records Group.
5  As provided in Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff
6  IRIS voluntarily dismisses the above-captioned action without prejudice against plaintiff. Fed.
7  R. Civ. P. 41(a)(1)(A)(i), 41(a)(1)(B); see also, *Commercial Space Mgmt. Co., v. Boeing Co.*,
8  193 F.3d 1074, 1077 (9th Cir. 1999).

DATED: June 17, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Micah R. Jacobs, SBN 174630

Attorneys for Independent Recording Industry Services, Inc.

10618751.1